1

2

3

JS-6

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| BARI VAUGHN, an Individual, | Case No.  SACV06-859 JVS (ANx) |
|---|---|
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO JUDGE HON. JAMES V. SELNA |
| v. | **ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |
| CNA CASUALTY OF CALIFORNIA, a Corporation; LAW OFFICES OF LINDA M. LIBERTUCCI; and DOES 1-25, inclusive, | Trial Date:          May 5, 2009<br>Complaint Filed:   August 10, 2006 |
| Defendant. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

Firmwide:88750137.1 026585.1020

1.

1    Based on the Joint Stipulation filed in this matter, and good cause appearing

2  therefore, IT IS HEREBY ORDERED THAT:

3    1.    The above-captioned case be dismissed with prejudice as to all claims,

4  causes of action and Defendants in its entirety pursuant to Rule 41(a) of the Federal

5  Rules of Civil Procedure.   The Court will retain jurisdiction to enforce the parties'

6  settlement agreement in this matter.

7    2.    Each party shall each bear its/her own attorneys' fees and costs.

8  **IT IS SO ORDERED:**

9

10

11  DATED:  April 07, 2009

_____

UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

Firmwide:88750137.1 026585.1020                    2.